IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

ALMALIK F. BRYANT,
    Plaintiff,

v.                                                              Civil No. 3:25cv112 (DJN)

ANTIONETTE V. IRVING, *et al.*,
    Defendants.

**MEMORANDUM OPINION**

By Memorandum Order entered on March 3, 2025, the Court conditionally docketed Plaintiff's action. On March 25, 2025, the United States Postal Service returned the March 3, 2025 Memorandum Order to the Court marked "RETURN TO SENDER" and "NOT AT THIS ADDRESS." (ECF No. 4, at 1.) Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

Let the Clerk file a copy of this Memorandum Opinion electronically and send a copy to Plaintiff.

An appropriate Order shall issue.

                                                                 /s/
                                                    David J. Novak
                                                  United States District Judge

Richmond, Virginia
Date: April 8, 2025